UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.

           Case No. 1:22–cr–20525–SJM
           Hon. Stephen J. Murphy

Eric Dexter Welch,

           Defendant(s),

**ORDER REQUIRING RESPONSE**

The defendant, Eric Dexter Welch, has filed the following document:

Motion for Revocation of Detention Order – #15

  IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before June 26, 2026.

           s/Stephen J. Murphy, III
           Stephen J. Murphy, III
           U.S. District Judge

**Certificate of Service**

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

           By: s/Richard Loury
               Case Manager

Dated:   June 12, 2026